UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARGARITA FILIAN, | Case No. 2:20-cv-08456-MWF-MRW |
| Plaintiff, | ORDER EXTENDING TIME |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' joint stipulation, and for cause shown, the Court orders and decrees that Defendant shall have an extension of time in which to submit her portion of the parties' joint submission to Plaintiff, until January 24, 2022, to submit her portion of the parties' joint submission to Plaintiff, with all subsequent deadlines per the Court's procedural order also extended accordingly.

Date: November 15, 2021

HON. MICHAEL R. WILNER
United States Magistrate Judge