Case 2:20-cv-08456-FWS-MRW   Document 37   Filed 09/26/22   Page 1 of 1   Page ID #:556

Case 2:20-cv-08456-FWS-MRW   Document 37   Filed 09/26/22   Page 1 of 1   Page ID #:556

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA F., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security. <br><br> Defendant. | Case No. CV 20-8456 FWS (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's order.

DATE: September 26, 2022

_____

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE